Edward J. Maney, Trustee
P.O. Box 10434
Phoenix Arizona, 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 BANKRUPTCY |
| | ) | |
| RUBEN CISNEROS SANCHEZ | ) | CASE NO: B-08-04565-PHX-RTB |
| LISA ANN SANCHEZ | ) | |
| | ) | TRUSTEE'S OBJECTION TO PROOF |
| | ) | OF CLAIM AND NOTICE THEREOF |
| Debtor(s) | ) | |

TO THE DEBTOR(S) AND THEIR ATTORNEY:

Comes now Edward J. Maney, Trustee of the above-captioned estate, and objects to the following claim:

    No.    005
    Name of Creditor    Countrywide Home Loans
                               C/O Tiffany and Bosco, P.A.
    Address    2225 E. Camelback Road, Suite 300
                      Phoenix, Arizona  85016

Upon the following grounds:

Proof of claim #005 was filed in the wrongs Case.  The Proof of claim is for a different case number and filed with names other than the Debtors in this case.

The Trustee recommends said claim be treated as follows:

The claim is disallowed in its entirety.

NOTICE IS GIVEN that the above claim is disallowed or allowed in the amount and with the priority as recommended above by the Trustee unless on or before February 22, 2009 (30 days from mailing) the creditor EITHER:

1. Sends, WITH A COPY OF THIS NOTICE the proper documentation to the Trustee AND receives from the Trustee a withdrawal of objection;
2. Files a written request for a hearing, AND SETS FORTH the specific Grounds for such a request with the Clerk of the Court, and mails a copy thereof to the Trustee at P.O. Box 10434, Phoenix, Arizona, 85064.

Dated: January 22, 2009

                                                            Edward J. Maney, Trustee

CERTIFICATE OF MAILING FOR CASE NO. 08-04565

Copies of the foregoing mailed (see electronic signature below) to the following:

Clint W. Smith, Esq.
Law Offices
4445 East Holmes Ave., Ste. 105
Mesa, AZ  85206-
Attorney for Debtor

RUBEN CISNEROS SANCHEZ
4480 E. MAPLEWOOD ST.
GILBERT, AZ  85297
Debtor

LISA ANN SANCHEZ
Co-Debtor

Countrywide
P.O. Box 660694
Dallas TX  75266-
Creditor

By: _____