**SO ORDERED.**

Edward J. Maney, Trustee, Bar # 12256
P.O. Box 10434
Phoenix, Arizona 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

**Dated: March 04, 2009**



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re: ) In Proceedings Under Chapter 13
)
RUBEN CISNEROS SANCHEZ ) Case No. 08-04565-PHX-RTB
LISA ANN SANCHEZ )
) ORDER ON TRUSTEE'S OBJECTION
) TO CLAIM NO. 005
)
_____Debtor (s)_____ )

    Edward J. Maney, the Trustee of the above-captioned estate, having objected to the referenced claim, and after due notice by mail to the claimant, and the claimant having failed to respond, or after a hearing on the claimant's response, and good cause appearing:

    IT IS ORDERED THAT:

    The Trustee's objection is sustained and the following claim is disallowed in total:

    No: 005
    Name: Countrywide
    Address: P.O. Box 660694

        Dallas,TX 75266-
    Acct No: This claim filed in the C

Dated: _____

_____
U.S. Bankruptcy Judge

**GRANTED**

CERTIFICATE OF MAILING FOR CASE NO. 08-04565

Copies of the foregoing mailed (see electronic signature below) to the following:

Clint W. Smith, Esq.
Law Offices
4445 East Holmes Ave., Ste. 105
Mesa, AZ 85206-
Attorney for Debtor

RUBEN CISNEROS SANCHEZ
4480 E. MAPLEWOOD ST.
GILBERT, AZ 85297
Debtor

LISA ANN SANCHEZ
Co-Debtor

Countrywide
P.O. Box 660694
Dallas TX 75266-
Creditor

By: _____

GRANTED